a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ANGEL ERMES BOLANOS CASTELLINE #A241-895-677,
Petitioner

CIVIL DOCKET NO. 6:26-CV-01469
SEC P

VERSUS

JUDGE ALEXANDER C. VAN HOOK

U S IMMIGRATION & CUSTOMS ENFORCEMENT,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

---

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Angel Ermes Bolanos Castelline ("Castelline"), an immigration detainee at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana. Castelline challenges the legality of his continued detention.

Because additional information is necessary to evaluate Castelline's claim, he must AMEND the Petition.

## I. Background

Castelline is a native and citizen of Cuba. He was ordered removed on January 29, 2026, and he did not appeal. ECF No. 1 at 4.

## II. Law and Analysis

The United States Supreme Court has held that 8 U.S.C. § 1231 permits detention for a period reasonably necessary to bring about that alien's removal. *See*

*Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Detention for up to six months is presumptively reasonable. *Id.*

After six months, if an alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. A petitioner is not required to "show the absence of *any* prospect of removal—no matter how unlikely or unforeseeable," only that she has "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas*, 533 U.S. at 701-702.

When the Petition was filed, Castelline had not been detained beyond the presumptively reasonable period. His period of detention has now reached six months, but Castelline must amend to state why his removal is unlikely to occur in the reasonably foreseeable future.

## III. Conclusion

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Castelline AMEND the Petition as instructed within 30 days.

SIGNED on Wednesday, September 16, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE